FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 24  P 3: 05

LORETTA G. WHYTE
CLERK

99-8371-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA;<br><br>VS.<br><br>The M/V CHAINAT NAVEE, her engines, tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION in personam, | CIVIL ACTION NO. 00-0313<br><br>SECTION: "L"<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE (5) |

## MOTION TO DISMISS

Plaintiffs, PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA, who upon suggesting to this Honorable Court that plaintiffs wish to dismiss without prejudice its claims against defendant, KELLOGG OVERSEAS CORPORATION, move this Court for an order dismissing, without prejudice, its claim asserted

DATE OF ENTRY
MAY 3 0 2000

Fee____
Process__
X Dktd__
  CtRmDep__
  Doc.No.__

in the Complaint against KELLOGG OVERSEAS CORPORATION, plaintiffs to bear their own costs, and without prejudice to plaintiffs' rights against any and all other defendants. All counsel of record have been contacted and have no objection to the dismissal of KELLOGG OVERSEAS CORPORATION.

Respectfully submitted,

_____
F.A. COURTENAY, JR. (Bar No. 4443)
PHILIP S. BROOKS, JR. (Bar No. 21501)
DONALD J. VOLPI, JR. (Bar No. 19819)
JOHN D. FITZMORRIS, JR. (Bar No. 5594)
COURTENAY, FORSTALL, HUNTER
 & FONTANA
730 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 566-1801
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 24 day of May, 2000.

_____
FRANCIS A. COURTENAY, JR.

-2-

8371-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA; <br><br>VS. <br><br>The M/V CHAINAT NAVEE, her engines, tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION in personam, | CIVIL ACTION NO. 00-0313 <br><br>SECTION: "L" <br><br>JUDGE ELDON E. FALLON <br><br>MAGISTRATE JUDGE (5) |

**ORDER**

Considering the foregoing Motion;

-3-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims asserted in the Complaint filed by Plaintiffs, PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA, against defendant, KELLOGG OVERSEAS CORPORATION, be dismissed, without prejudice, reserving to plaintiffs all of their rights and claims against any and all other defendants and any other parties which may be added to this matter.

New Orleans, Louisiana, this 30 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE