MINUTE ENTRY
FALLON, J.
August 21, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-313 |
| CHAINAT NAVEE M/V, ET AL. | * | SECTION "L" (5) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were John Fitzmorris for the plaintiffs, Cynthia Wegmann for the defendants Chainat Navee M/V, Unithai Shipping Pte. Ltd., and Unithai Line Public Co., and Geoffrey Ormsby for the defendants P.T. Perusahaan Samudera Nasional, Industrial Maritime Carriers, Inc., and Intermarine, Inc. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held no later than 30 days prior to the pretrial conference.

IT IS FURTHER ORDERED that counsel file any dispositive motions within 60 days.

cc:   United States Magistrate Judge Alma Chasez

DATE OF ENTRY
AUG 2 2 2000