COPY IN CHAMBERS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 24  PM 4:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * * | JUDGE:<br><br>MAGISTRATE: 5 |
| * * * * * * * * * * * * * * * * * * | | |

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Industrial Maritime Carriers (Bahamas). Inc., Intermarine, Inc. and P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line and hereby request that J. Geoffrey Ormsby be enrolled as counsel of record on their behalf.

DATE OF ENTRY
AUG 3 0 2000

1



___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No.

Respectfully submitted,

*[signature]*

JASON P. WAGUESPACK (#21123)
GALLOWAY, JOHNSON, TOMPKINS,
 BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
**Counsel for Industrial Maritime Carriers (Bahamas), Inc. and Intermarine, Inc. P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARIIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * | JUDGE:  MAGISTRATE: 5 |

## **O R D E R**

CONSIDERING THE FOREGOING,

It is hereby ORDERED, adjudged and decreed by this Court that the name of J. Geoffrey Ormsby be entered into the record of this Court as additional counsel of records for Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc. and P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line, defendants in this cause.

Thus done and signed this _24_ day of _Aug_, 2000 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE