

COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 NOV -7 PM 4:49
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * * * | JUDGE:<br><br>MAGISTRATE: 5 |

* * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY TO MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc., and P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line, and pursuant to Local Rule 7.5E, seek the leave of this Court in order to file a reply/supplemental opposition memorandum to plaintiffs' Memorandum in Opposition to Motion for Partial Summary Judgment, previously

DATE OF ENTRY
NOV 13 2000

___ Fee _____
___ Process___
X ___ Dktd ___
___ CtRmDep___
Doc. No. 13

1

filed with this Court. This reply memorandum is necessary to address the arguments raised by the plaintiffs in their opposition.

Respectfully submitted,

JASON P. WAGUESPACK (#21123)
J. GEOFFREY ORMSBY (#24183)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
**Counsel for Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc. and P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 7th day of November, 2000.

JASON P. WAGUESPACK

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * | JUDGE: MAGISTRATE: 5 |

## ORDER

UPON due consideration of defendants' Motion for Leave to File Reply to Memorandum in Opposition to Motion for Partial Summary Judgment, IT IS HEREBY ORDERED that the Motion is GRANTED, and it is further ORDERED that defendants be permitted to file a reply/supplemental opposition memorandum to plaintiffs' Memorandum in Opposition to Motion for Partial Summary Judgment.

New Orleans, Louisiana, this 7th day of Nov., 2000.

_____
UNITED STATES DISTRICT COURT JUDGE