

COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
NOV 15 2000
Nov 15  4 06 PM '00

LORETTA G. WHYTE
CLERK

8371-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA; <br><br> VS. <br><br> The M/V CHAINAT NAVEE, her engines, tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION in personam, | CIVIL ACTION NO. 00-0313 <br><br> SECTION: "L" <br><br> JUDGE <br><br> MAGISTRATE JUDGE (5) |

**Ex Parte Motion for Leave to File Supplemental
Brief in Reply to Defendants' Reply Brief and
Incorporated Memorandum in Support of Motion**

Plaintiffs move for leave to file the accompanying reply memorandum responding to defendants' responses to plaintiffs' initial reply memorandum. Defendants' reply memorandum introduces a new document and accompanying new affidavits that purport

DATE OF ENTRY
NOV 21 2000



to contain evidence that the plaintiffs were aware of a right to claim a higher value and their waiver thereof. The document is identified as a Liner Booking Note Addendum, a copy of the original of which is attached to the defendants' reply memorandum. Not only was this document not submitted with the original motion, plaintiffs' counsel was not provided a copy of the same in the defendants' discovery production. The plaintiffs should therefore be accorded the opportunity to respond to the document and the new affidavits. Accordingly, plaintiffs move that they be granted leave to file the accompanying supplemental memorandum.

Respectfully submitted,

_____
F.A. COURTENAY, JR. (B.R. #4443)
JOHN D. FITZMORRIS, JR. (B.R. 5594)
COURTENAY, FORSTALL, HUNTER & FONTANA
730 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 566-1801
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing has been mailed to all counsel by placing a copy in the United States mail, postage prepaid and properly addressed, this 15th day of November, 2000.

_____
JOHN D. FITZMORRIS, JR.

-2-

8371-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA;<br><br>VS.<br><br>The M/V CHAINAT NAVEE, her engines, tackle, apparel, furniture, etc., *in rem,* UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION in personam, | CIVIL ACTION NO. 00-0313<br><br>SECTION: "L"<br><br>JUDGE<br><br>MAGISTRATE JUDGE (5) |

## O R D E R

Considering the foregoing memorandum and the submission of additional documentary evidence that was not initially submitted, the plaintiffs are hereby granted

leave to file the accompanying Supplemental Reply Memorandum.

New Orleans, Louisiana, this _17_ day of _Nov._, 2000.

_____
UNITED STATES DISTRICT JUDGE