FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 PM 3: 18

LORETTA G. WHYTE
CLERK

8371-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA;<br><br>VS.<br><br>The M/V CHAINAT NAVEE, her engines, tackle, apparel, furniture, etc., *in rem,* UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION in personam, | CIVIL ACTION NO. 00-0313<br><br>JUDGE ELDON E. FALLON<br>SECTION: "L"<br><br>MAGISTRATE JUDGE ALMA L. CHASEZ (5) |

### PLAINTIFFS' WITNESS AND EXHIBIT LIST

Plaintiffs, PERUSAHAAN PERTAMBANGAN MINYAK DAN AND PT TUGU PRATAMA, INDONESIA, file their Witness List of who may be called at trial and Exhibit List of documents which may be offered into evidence at the trial of this matter:

___Fee_____
___Process____
_X_ Dktd_ CLn___
___CtRmDep____
___Doc.No._19_

## **WITNESS LIST**

1. Dean Ward of Jarvis International, 1950 S. Starrett Drive, Houston, Texas;

2. Roger Kavanagh of Intermarine;

3. Soryanto Su'udin - Manager of Manne' Cargo;

4. Raven B. Douglas of Industrial Marine Carriers;

5. Sulaiman Achmad, Marine Surveyor; PT Radita Hutama Internusa
   Jakarta, Indonesia;

6. Stephen Foster, Marine Surveyor, PT Radita Hutama Internusa
   Jakarta, Indonesia;

7. Mr. Mulyoto, Marine Surveyor, PT Radita Hutama Internusa
   Jakarta, Indonesia;

8. Mr. Tulus Siregar, Marine Surveyor, PT Buana Multiguna, Inspection and Testing
   Jakarta, Indonesia;

9. Capt. Ramlan Tarno, Marine Surveyor, PT Buana Multiguna, Inspection and Testing,
   Jakarta, Indonesia;

10. Anton Kretzmer, Marine Surveyor, Krenco Co., Ltd., Tokyo, Japan

11. Sony Sumarsono, PT IKPT Kellogg Overseas Co.
    Jakarta, Indonesia

12. Ron Hogan, PT IKPT Kellogg Overseas Co.
    Jakarta, Indonesia

13. Imran Husnayan, PT IKPT Kellogg Overseas Co.
    Jakarta, Indonesia

14. Donald Lane, PT IKPT Kellogg Overseas Co.
    Jakarta, Indonesia

15. Barry Hess, Kellogg Overseas Co.
    Houston, Texas

16. Harry Schriver, Kellogg Overseas Co.
    Houston, Texas;

17. Kennedy Serot, Kellogg Overseas Co.
    Houston, Texas;

18. J. H. Ji, surveyor of Hyopsung;

19. Any witness needed to authenticate any documents or exhibits;

20. Any witness listed or called by defendants.

## EXHIBITS

1. Kellogg Overseas Corporation, invoices to Pertamina;

2. Statement of Claim by PT IKPT Kellogg Overseas Co., Jakarta, Indonesia;

3. Freight Engagement of Intermarine Incorporated dated June 24, 1998;

4. Survey Report of Krenco Co., Ltd.;

5. Notes of Marine Sea Protest;

6. Deck log abstract of M/V CHAINAT NAVEE;

7. Ship's record by Capt. Caxton Nevis;

8. Stowage plan;

9. Mate's receipts for cargo;

10. Photographs of cargo and stowage by Intermarine and agents;

11. Damage cargo list of PT Buana Multiguna, Inspection and Testing;

12. Deck log book pages;

13. Report of Hyopsung Surveyors and Adjusters Corp., Korea dated September 7, 1998;

14. Letter of Indemnity from Intermarine, Inc. to Karana Line;

15. Defendants' Responses to Requests for Production and Answers to Interrogatories by Plaintiffs;

16. Report of Port Captain Larry Shelton;

17. Bills of lading from Karana Line dated June 15, 1998;

18. Liner booking note Addendum "A" dated March 6, 1998;

19. Tariffs filed with the Federal Trade Commission by Industrial Maritime Carriers [dated 1993 and effective 1998];

20. Report of survey of PT RADITA HUTAMA Internusa (RHI) dated September 22, 1998;

21. Photographs of the damaged cargo by RHI and carrier;

22. Any and all exhibits listed or sought to be entered into evidence during depositions or trial by defendants.

Respectfully submitted,

_____
F.A. COURTENAY, JR. (B.R. #4443)
JOHN D. FITZMORRIS, JR. (B.R. 5594)
COURTENAY, FORSTALL, HUNTER & FONTANA
Texaco Center • Suite 1540
400 Poydras Street
New Orleans, Louisiana 70130-3245
Telephone: (504) 566-1801
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been mailed to all counsel by placing a copy in the United States mail, postage prepaid and properly addressed, this 3 day of January, 2001.

_____
F. A. COURTENAY, JR.