FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -4 PM 4:11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN AND PT. TUGU PRATAMA INDONESIA<br><br>VERSUS<br><br>M/V CHAINAT NAVEE, HER ENGINES, TACKLE, APPAREL, FURNITURE, ETC., *IN REM*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *IN PERSONAM* | CIVIL ACTION<br><br>NO. 00-0313<br><br>SECTION "L" (5)<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE ALMA CHASEZ |

### WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Unithai Shipping Pte. Ltd. and Unithai Line Public Company Ltd. who may call the following witnesses at trial:

1. A representative of owners

2. Capt. Peter Sandanus

```
___Fee_____
___Process__
 X _Dktd____
___CtRmDep__
___Doc.No.__
```

3. Any witness listed by any other party

Respectfully submitted,

_____
CHARLES F. LOZES, T.A. (#8914)
CYNTHIA ANNE WEGMANN (#13314)
Terriberry, Carroll & Yancey, L.L.P.
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Attorneys for Unithai Shipping Pte Ltd.
and Unithai Line Public Company Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record herein by hand delivery, facsimile transmission, or by placing a copy of same in the U.S. Mail, postage prepaid, properly addressed, this ___4___ day of January, 2001, at New Orleans, Louisiana.

_____
CHARLES F. LOZES
CYNTHIA ANNE WEGMANN

witness list.wpd

2