FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -4 PM 4: 11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN AND PT. TUGU PRATAMA INDONESIA<br><br>VERSUS<br><br>M/V CHAINAT NAVEE, HER ENGINES, TACKLE, APPAREL, FURNITURE, ETC., *IN REM*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *IN PERSONAM* | CIVIL ACTION<br><br>NO. 00-0313<br><br>SECTION "L" (5)<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE ALMA CHASEZ |

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Unithai Shipping Pte. Ltd. and

Unithai Line Public Company Ltd. who may use the following exhibits at trial:

      1.      Stowage plan

2.  Time charter between Unithai and Industrial Maritime Carriers dated October 6, 1997

3.  Note of Marine Protest

4.  Ship record

5.  Deck logs

6.  Applicable bills of lading

7.  Surveys of P. T. Buana Multiguna dated September, 1998

8.  Industrial Maritime Carriers load survey dated July 6, 1998

9.  Copy of "Interclub Agreement" as respects apportionment of cargo claims

10. Any exhibit listed by any other party.

Respectfully submitted:

_____

CHARLES F. LOZES, T/A. (#8914)
CYNTHIA ANNE WEGMANN (#13314)
Terriberry, Carroll & Yancey, L.L.P.
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-3100
Telephone:  (504) 523-6451
Attorneys for Unithai Shipping Pte Ltd.
and Unithai Line Public Company Ltd.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record herein by hand delivery, facsimile transmission, or by placing a copy of same in the U.S. Mail, postage prepaid, properly addressed, this ___4___ day of January, 2001, at New Orleans, Louisiana.

_____
CHARLES F. LOZES
CYNTHIA ANNE WEGMANN

exhibit list wpd

3