```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2001 FEB -9 PM 12: 23
MINUTE ENTRY                               FEB 0 9 2001
FALLON, J.                                LORETTA G. WHYTE
February 8, 2001                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-313 |
| CHAINAT NAVEE M/V, ET AL. | * | SECTION "L" (5) |

IT IS ORDERED that a status conference is scheduled at the request of counsel for Wednesday, February 21, 2001 at 8:30 a.m. in chambers.

DATE OF ENTRY
FEB  9 2001



```
___Fee____
___Process_
_X_Dktd___
___CtRmDep
  Doc.No.___
```