MINUTE ENTRY
FALLON, J.
February 21, 2001



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-313 |
| CHAINAT NAVEE M/V, ET AL. | * | SECTION "L" (5) |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were John Fitzmorris for the plaintiffs, Charles Lozes for the defendants Chainat Navee M/V, Unithai Shipping Pte. Ltd., and Unithai Line Public Co., and Jason Waguespack and Geoffrey Ormsby for the defendants P.T. Perusahaan Samudera Nasional, Industrial Maritime Carriers, Inc., and Intermarine, Inc.

IT IS ORDERED that counsel for the plaintiff report to the Court within seven (7) days on the status of settlement discussions.

DATE OF ENTRY
FEB 2 1 2001