```
            FILED
       U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

       2001 MAR 12  AM 11:39
           MAR 1 2 2001
         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-313 |
| CHAINAT NAVEE M/V, ET AL. | * | SECTION "L" (5) |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this _12_ day of March, 2001.

DATE OF ENTRY
MAR 1 2 2001

UNITED STATES DISTRICT JUDGE

```
___Fee_____
___Process___
 X_/Dktd_____
___CtRmDep___
   Doc.No.___
```