FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 15 PM 2: 41
MAY 1 5 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * * | JUDGE:<br><br>MAGISTRATE: 5 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT come plaintiffs, Perusahaan Pertmbangan Minuyak Dan and P.T. Tugu Pratama Indonesia, and defendants, Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc., P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line, Unithai Shipping Pte. Ltd., Unithai Line Public Company Ltd., and upon advising this Court that all claims of the plaintiffs against these defendants in this litigation have been settled, move for an

DATE OF ENTRY
MAY 1 6 2001



1

order dismissing all claims of plaintiffs against these defendants, as well as any other incidental demands, with prejudice, each party to pay his or its own costs.

Respectfully submitted:

_____
FRANCIS A. COURTENAY, JR., T.A. (#4443)
JOHN D. FITZMORRIS, JR. *(#5594)
COURTENAY, FORSTALL, HUNTER &
   FONTANA
Texaco Center, Suite 1540
400 Poydras Street
New Orleans, Louisiana  70130-3245
Telephone:  (504) 566-1801
**Counsel for Plaintiffs, Perusahaan Pertmbangan Minuyak Dan and P.T. Tugu Pratama Indonesia**

_____
JASON P. WAGUESPACK, T.A. (#21123)
J. GEOFFREY ORMSBY (#24183)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
**Counsel for Defendants, Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc. and P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line**

_____
CHARLES F. LOZES, T.A. (#8914)
CYNTHIA ANNE WEGMANN (#13314)
TERRIBERRY, CARROLL & YANCEY, L.L.P.
3100 Energy Center, 1100 Poydras Street
New Orleans, Louisiana  70163-3100
Telephone: (504) 523-6451
**Counsel for Defendants, Unithai Shipping Pte. Ltd., Unithai Line Public Company Ltd.,**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERUSAHAAN PERTAMBANGAN MINYAK DAN and PT. TUGU PRATAMA INDONESIA | * * * * | CIVIL ACTION NO. 00-0313 |
| VS. | * * | SECTION "L" |
| The M/V CHAINAT NAVEE, her engines, Tackle, apparel, furniture, etc., *in rem*, UNITHAI SHIPPING PTE. LTD., UNITHAI LINE PUBLIC COMPANY LTD., P.T. PERUSAHAAN PELAYARAN SAMUDERA NASIONAL d/b/a INDONESIAN NATIONAL LINES d/b/a KARANA LINE, INDUSTRIAL MARITIME CARRIERS, INC., INTERMARINE, INC., KELLOGG OVERSEAS CORPORATION *in personam* | * * * * * * * * * * * * | JUDGE: MAGISTRATE: 5 |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Joint Motion to Dismiss, and as this Court has been advised that all parties have reached a settlement in this matter, it is hereby **ORDERED** that the claims of plaintiffs, Perusahaan Pertmbangan Minuyak Dan and P.T. Tugu Pratama Indonesia against defendants, Industrial Maritime Carriers (Bahamas), Inc., Intermarine, Inc., P.T. Perusahaan Pelayaran Samudera Nasional d/b/a Karana Line, Unithai Shipping Pte. Ltd., Unithai Line Public Company Ltd., in this case, are dismissed with prejudice, each party to pay his, her or its own costs.

New Orleans, Louisiana this 15 day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading has been served upon all counsel of record by placing a copy of same in the United States Mail, postage prepaid, this 15th day of May, 2001.

_____